RECEIVED
IN ALEXANDRIA, LA
DEC 1 8 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| HAROLD JOE BLACK,<br>Plaintiff<br><br>VERSUS<br><br>GOVERNOR KATHLEEN BLANCO, et al.,<br>Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. CV06-1089-A<br><br>JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

### O R D E R

Black's motion for writ of mandamus (Doc. Item 14) ordering his immediate release from prison due to the alleged failure of the Louisiana First Judicial District Court's failure to rule on his "motion for illegal sentence" as ordered the Louisiana Second Circuit Court of Appeal on remand, is DENIED. Black's motion should be filed with the Louisiana Second Circuit Court of Appeal.

Black's motion for "supplemental mandamus" (Doc. Item 15), which requests a subpoena of his parole hearing records, is GRANTED and the Clerk of Court is DIRECTED to issue the subpoena, which the USMS is ORDERED to serve.

Black's motion to "transfer lawsuit to state court" (Doc. Item 17) is DENIED. This court has jurisdiction over an action raising due process issues in a state parole hearing.

THUS DONE AND SIGNED in Alexandria, Louisiana, on this 18th day of December, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE

5